**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **DONALD HOPE and ERICA HOPE,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | **CASE NO. 5:21-CV-00510-OLG** |
| | § | |
| **STATE FARM LLOYDS,** | § | |
| | § | |
| *Defendant.* | § | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

COMES NOW Scott G. Hunziker, attorney of record for Plaintiffs, and respectfully requests to withdraw from the above named and numbered case. Plaintiffs will continue to be represented by Zerbe, Miller, Fingeret, Frank & Jadav, LLP, through attorney David R. Wilson, who has filed his formal notice of appearance in this matter.

Respectfully Submitted,

*/s/Scott G. Hunziker*
Scott G. Hunziker
Texas Bar No. 24032446
David R. Wilson
Texas Bar No. 24095023
Zerbe, Miller, Fingeret, Frank & Jadav LLP
3009 Post Oak Blvd., Suite 1700
Houston, Texas 77056
Telephone: (713) 350-3523
Facsimile: (713) 350-3607
shunziker@zmflaw.com
dwilson@zmflaw.com

**ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that a true and correct copy of the foregoing instrument was forwarded pursuant to the Federal Rules of Civil Procedure on the following on October 19, 2022:

David R. Stephens
Jessica R. Mann
LINDOW STEPHENS SCHULTZ, LLP
One Riverwalk Place
700 North St. Mary's Street, Suite 1700
San Antonio, Texas 78205
dstephens@lsslaw.com
jmann@lsslaw.com

                           */s/ Scott G. Hunziker*
                           Scott G. Hunziker